IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: WILLIS BENNETT ) | |
| ) | |
| WELLS FARGO BANK, N.A., ) | |
| Creditor, ) | |
| ) | |
| vs. ) | CASE NO. 04B41606 |
| ) | JUDGE BRUCE W. BLACK |
| WILLIS BENNETT, ) | |
| Debtor ) | |

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes Wells Fargo Bank, N.A., by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The Debtor is due for the January 21, 2007 contractual payment and all those thereafter.

2. The following is an itemization of the amount due on the loan as of February 14, 2007.

    a. Attorney's Fees                $250.00

    b. Post Petition Atty Fees/Cost   $706.00

Respectfully Submitted,
Wells Fargo Bank, N.A.

/s/Yanick Polycarpe
Yanick Polycarpe
ARDC#6237892

Pierce and Associates, P.C.
1 NORTH DEARBORN STREET
SUITE 1300
Chicago, Illinois 60602
(312)346-9088