```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 04 B 41606
    WILLIS BENNETT
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

            Debtor
    SSN XXX-XX-2638


-------------------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 11/09/04 and confirmed on 02/28/05.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $   5825.00 .

    4.  The Trustee made disbursements to creditors as follows:


-------------------------------------------------------------------------------
CREDITOR NAME                  CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                               PAID           PAID
-------------------------------------------------------------------------------
WELLS FARGO                    CURRENT MORTG         .00           .00             .00
TRAVELERS BANK                 NOTICE ONLY     NOT FILED           .00             .00
CITICORP HOME MORTGAGE         SECURED               .00           .00             .00
WILL COUNTY TREASURER          SECURED               .00           .00             .00
AMERICAN RECOVERY SYSTEM       UNSECURED       NOT FILED           .00             .00
CAPITAL ONE FINANCIAL          UNSECURED       NOT FILED           .00             .00
CAPITAL ONE FINANCIAL          UNSECURED       NOT FILED           .00             .00
ECAST SETTLEMENT CORPORA       UNSECURED         8826.47           .00          882.65
COMED                          UNSECURED       NOT FILED           .00             .00
DIRECT MERCHANTS CREDIT        UNSECURED       NOT FILED           .00             .00
ECAST SETTLEMENT CORPORA       UNSECURED         5942.53           .00          594.25
MTI IL                         UNSECURED       NOT FILED           .00             .00
NCO FINANCIAL SYSTEMS IN       UNSECURED       NOT FILED           .00             .00
NICOR GAS                      UNSECURED       NOT FILED           .00             .00
WELLS FARGO FINANCIAL RE       UNSECURED       NOT FILED           .00             .00
WELLS FARGO                    MORTGAGE ARRE    2852.24            .00         2852.24
CITICORP HOME MORTGAGE         MORTGAGE ARRE     734.78            .00          734.78
VATIV                          UNSECURED        5199.38            .00          519.94
        Summary of disbursements:

                    SECURED      PRIORITY    UNSECURED      OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  3587.02           .00     19968.38        .00      23555.40
PRINCIPAL PAID      3587.02           .00      1996.84        .00       5583.86
INTEREST PAID            .00          .00           .00       .00            .00
TOTAL PAID          3587.02           .00      1996.84        .00       5583.86
The Debtor's attorney, ROBERT J SEMRAD & ASSOC      , was allowed $        .00
and was paid $         .00 .

The Trustee received $     240.18 .
```

Refunds to the Debtor totaled $      .96 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/12/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE



                              PAGE  2
        CASE NO. 04 B 41606 WILLIS BENNETT